UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARY ADKINS, MARY ADKINS AS PARENT, GUARDIAN, AND NEXT FRIEND OF RAINER ADKINS, AND RAINER ADKINS, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL GRID USA SERVICE COMPANY, INC., <br><br> Defendant. | C.A. No. 1:21-CV-0311-MSM-PAS |

ORDER

Mary S. McElroy, United States District Judge.

This is matter is related to another civil action before this Court: *Kaiver Adkins v. National Grid USA Service Company, Inc.*, C.A. No. 1:21-cv-0310-MSM-PAS. In both cases, the plaintiffs assert that the defendant, National Grid USA Service Company, Inc., installed electric meters at their residence that caused them adverse health effects. The only difference between the instant action and the related matter is the identity of the plaintiffs—the address of the affected property is the same, the defendant is the same, the alleged acts or omissions of that defendant are the same, and the asserted causes of action are the same.

As with the related proceeding, the plaintiffs originally filed suit in Rhode Island Superior Court, Washington County, which National Grid removed to this Court on the grounds of diversity jurisdiction. National Grid then filed a Motion to

1

Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) that this Court denied without prejudice to the plaintiffs' filing of an amended complaint in compliance with the federal pleading standard.  The plaintiffs then filed an Amended Complaint to which National Grid renewed its Motion to Dismiss.

For the reasons this Court enunciated in its Memorandum and Order granting National Grid's Motion to Dismiss in the related matter, 1:21-cv-310, the Court here also GRANTS National Grid's Motion to Dismiss (ECF No. 14).  Specifically, the plaintiffs have not alleged facts that plausibly support their asserted causes of actions: violation of the Rhode Island Civil Rights of People with Disabilities Act, R.I.G.L. § 42-87-1 *et seq.* or common-law negligence.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge

August 26, 2022